A. Cisneros
3403 Tenth Street, Suite 714
Riverside, California 92501
Telephone: (951) 682-9705
Facsimile: (951) 682-9707
Email: amctrustee@mclaw.org

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:22-bk-12723-SY |
| CARL PARKER, | Chapter 7 |
| Debtor. | TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004(f)(1) |
| | [No Hearing Required] |

TO THE HONORABLE SCOTT H. YUN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE DEBTOR'S ATTORNEY, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

  A. CISNEROS, the duly appointed and qualified Chapter 7 Trustee ("Trustee") for the bankruptcy estate of Carl Parker ("Debtor") hereby submits a Report of Sale/Settlement pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), Local Bankruptcy Rule 6004-1(g) and the Handbook for Chapter 7 Trustees.

  1. On September 12, 2022, the Trustee caused to be filed a Motion (1) to Approve Compromise and (2) for Abandonment of Real Property with the Debtor ("Motion") [Docket Number 12].

1

2. The Notice of Opportunity to Request a Hearing on Motion was filed and served on September 12, 2022 [Docket Number 13].

3. The Declaration That No Party Requested a Hearing on Motion was filed and served on the Court on October 4, 2022 [Docket Number 15].

4. By Order entered October 6, 2022 [Docket Number 16], the Trustee's Motion was granted. The estate's interest in the real property located at 1509 Pineglen Circle, Hemet, CA 92545 ("Real Property") and the 2015 Toyota Tacoma ("Vehicle") was settled with the Debtor for a payment to the estate of $8,875 ("Settlement Payment"). Upon receipt of the Settlement Payment in full, the estate's interest in the Vehicle was deemed fully administered and the Real Property was abandoned. Debtor remitted the full payment.

Respectfully submitted,

Dated: November 22, 2022

A. Cisneros, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 714, Riverside, CA 92501

A true and correct copy of the foregoing document entitled (specify): **_TRUSTEE'S REPORT OF SALE/SETTLEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 6004 (f)(1)_** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_11/22/2022_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Trustee:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**Debtor's Counsel:** Benjamin Heston    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
**OUST:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/22/2022 | Mayra Johnson | /s/ Mayra Johnson |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE