# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:    Carl Parker                                   § Case No. 6:22-bk-12723-SY
                                                        §
                                                        §
Debtor(s)                                               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/20/2022. The undersigned trustee was appointed on 07/20/2022.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                  $         8,875.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6.08 |
| Bank service fees | 54.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 8,814.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/16/2022 and the deadline for filing governmental claims was 01/16/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,637.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,637.50, for a total compensation of $1,637.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $77.30, for total expenses of $77.30.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  02/27/2023                              By:  /s/ Arturo M. Cisneros
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 1

| Case Number: | 22-12723 SY | Trustee: | Arturo M. Cisneros |
| --- | --- | --- | --- |
| Case Name: | Carl Parker | Filed (f) or Converted (c): | 07/20/22 (f) |
| | | §341(a) Meeting Date: | 08/23/22 |
| Period Ending: | 02/27/23 | Claims Bar Date: | 12/16/22 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1509 Pineglen Circle, Hemet, CA 92545<br>Riverside county<br>Trustee reviewed comparables and obtained an average value of $505,000.<br>Trustee agreed to abandon property via a vehicle equity buy back with Debtor.<br>On 9/12/22, the Trustee filed the "Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property."  The Order approving same was entered on 10/6/22. | 546,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 Toyota Tacoma Double Cab<br>164,000 miles<br>Value from CarMax<br>Trustee obtained a KBB private party value of $15,065 for a vehicle in fair condition.  Trustee requested evidence of value from Debtor and Debtor obtained a new appraisal from CarMax of $12,500.<br>Trustee determined there was equity in the vehicle and commenced negotiations with the Debtor.  Debtor agreed to pay $8,875.<br>On 9/12/22, the Trustee filed the "Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property."  The Order approving same was entered on 10/6/22.  Debtor tendered the settlement payment in full. | 11,800.00 | 8,875.00 | | 8,875.00 | FA |
| 3 | Household Goods<br>Debtor claimed fully exempt. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics<br>Debtor claimed fully exempt. | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Exercise equipment<br>Debtor claimed fully exempt. | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms<br>Debtor claimed fully exempt. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Debtor claimed fully exempt. | 350.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry<br>Debtor claimed fully exempt. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Two dogs | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**     Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

**Case Number:** 22-12723 SY  
**Case Name:** Carl Parker  
**Period Ending:** 02/27/23

**Trustee:** Arturo M. Cisneros  
**Filed (f) or Converted (c):** 07/20/22 (f)  
**§341(a) Meeting Date:** 08/23/22  
**Claims Bar Date:** 12/16/22

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10 | Cash on hand<br>Debtor claimed fully exempt. | 2,200.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Accounts: US Bank<br>Debtor claimed fully exempt. | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Savings Accounts Coca-Cola Family Credit Union<br>Debtor claimed fully exempt. | 5.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) Fidelity<br>Debtor claimed fully exempt. | 700.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$564,355.00** | **$8,875.00** | | **$8,875.00** | **$0.00** |

**Major activities affecting case closing:**
12/31/22 QUARTERLY STATUS: The Order granting the motion/settlement was entered on 10/6/22. Debtor tendered the settlement payment in full. Trustee filed his report of sale/settlement on 11/22/22. Estate tax returns are not required. The governmental bar date is set for 1/16/23. Trustee to proceed with closing after the passing of same.
***********************
9/30/22 QUARTERLY STATUS: Trustee determined that there was equity for the benefit of the Estate in the 2015 Toyota Tacoma and sought to negotiate same with Debtor. Debtor agreed to pay the Estate $8,875. On 9/12/22, the Trustee's Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property was filed. The meeting of creditors was concluded on 9/8/22. Trustee filed a notice of assets which set a claims bar date of 12/16/22.

**Initial Projected Date of Final Report (TFR):**  
    February 27, 2023  
    Date

**Current Projected Date of Final Report (TFR):**  
/s/ Arturo M. Cisneros  
Arturo M. Cisneros

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 22-12723 SY | |
| **Case Name:** | Carl Parker | |
| **Taxpayer ID#:** | **-***1853 | |
| **Period Ending:** | 02/27/23 | |

| | | |
|---|---|---|
| **Trustee:** | Arturo M. Cisneros | |
| **Bank Name:** | Signature Bank | |
| **Account:** | ******9191 - Checking | |
| **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/22 | Asset #2 | Carl Parker | Settlement payment-court order pending | 1129-000 | 8,875.00 | | 8,875.00 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 11.17 | 8,863.83 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.40 | 8,849.43 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.38 | 8,835.05 |
| 01/09/23 | 1001 | International Sureties, Ltd | Annual Bond Premium//Bond#016229732//Term 1-4-23 to 1-4-24 | 2300-000 | | 6.08 | 8,828.97 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.35 | 8,814.62 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 8,875.00 | 60.38 | $8,814.62 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 8,875.00 | 60.38 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,875.00** | **$60.38** | |

| | |
|---|---|
| Net Receipts: | $8,875.00 |
| Net Estate: | $8,875.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9191** | 8,875.00 | 60.38 | 8,814.62 |
| | **$8,875.00** | **$60.38** | **$8,814.62** |

# Central District of California
# Claims Register

### 6:22-bk-12723-SY Carl Parker

| | |
|---|---|
| **Judge:** Scott H. Yun | **Chapter:** 7 |
| **Office:** Riverside | **Last Date to file claims:** 12/16/2022 |
| **Trustee:** Arturo Cisneros (TR) | **Last Date to file (Govt):** 01/16/2023 |

---

*Creditor:*     (41288008)
Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

**Claim No: 1**
*Original Filed Date*: 09/15/2022
*Original Entered Date*: 09/15/2022

*Status:*
*Filed by:* CR
*Entered by:* Melissa L Wilson
*Modified:*

Amount claimed: $7233.41    **General Unsecured - OK**

*History:*
Details  1-1  09/15/2022 Claim #1 filed by Discover Bank, Amount claimed: $7233.41 (Wilson, Melissa)

*Description:*
*Remarks:*

---

*Creditor:*     (41294308)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 2**
*Original Filed Date*: 09/23/2022
*Original Entered Date*: 09/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $3959.99    **General Unsecured - OK**

*History:*
Details  2-1  09/23/2022 Claim #2 filed by American Express National Bank, Amount claimed: $3959.99 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*     (41294334)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 3**
*Original Filed Date*: 09/23/2022
*Original Entered Date*: 09/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

Amount claimed: $890.69    **General Unsecured - OK**

*History:*
Details  3-1  09/23/2022 Claim #3 filed by American Express National Bank, Amount claimed: $890.69 (Deegan, Greg)

*Description:*
*Remarks:*

---

*Creditor:*     (41294425)
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Claim No: 4**
*Original Filed Date*: 09/23/2022
*Original Entered Date*: 09/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Clarissa Weyant
*Modified:*

Amount claimed: $1290.61    **General Unsecured - OK**

*History:*
Details  4-1  09/23/2022 Claim #4 filed by Citibank, N.A., Amount claimed: $1290.61 (Weyant, Clarissa)

*Description:* (4-1) Money Loaned
*Remarks:*

---

*History:*
Details  5-1  09/27/2022 Claim #5 filed by FRANCHISE TAX BOARD, Amount claimed: $7900.90 (Franklin, Anthony)

*Description:* (5-1) Claim Filed
*Remarks:*

**EXHIBIT C**

| | | |
|---|---|---|
| *Creditor:* (41296986)<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | **Claim No: 5**<br>*Original Filed Date*: 09/27/2022<br>*Original Entered Date*: 09/27/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Anthony Franklin<br>*Modified:* |

Amount claimed: $7900.90  **General Unsecured - OK**

*History:*
Details  5-1  09/27/2022 Claim #5 filed by FRANCHISE TAX BOARD, Amount claimed: $7900.90 (Franklin, Anthony)

*Description:* (5-1) Claim Filed
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41297601)<br>Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 6**<br>*Original Filed Date*: 09/27/2022<br>*Original Entered Date*: 09/27/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Arpan Parmar<br>*Modified:* |

Amount claimed: $2590.39  **General Unsecured - OK**

*History:*
Details  6-1  09/27/2022 Claim #6 filed by Capital One Bank (USA), N.A., Amount claimed: $2590.39 (Parmar, Arpan)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41300270)<br>LendingClub Bank, NA<br>PO BOX 1931<br>Burlingame, CA 94011 | **Claim No: 7**<br>*Original Filed Date*: 09/29/2022<br>*Original Entered Date*: 09/29/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Larry Yip<br>*Modified:* |

Amount claimed: $11086.69  **General Unsecured - OK**
Secured claimed: $0.00
Priority claimed: $0.00

*History:*
Details  7-1  09/29/2022 Claim #7 filed by LendingClub Bank, NA, Amount claimed: $11086.69 (Yip, Larry)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41320672)<br>Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 8**<br>*Original Filed Date*: 10/22/2022<br>*Original Entered Date*: 10/22/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Korinny Sanchez<br>*Modified:* |

Amount claimed: $1191.45  **General Unsecured - OK**
Secured claimed: $0.00

*History:*
Details  8-1  10/22/2022 Claim #8 filed by Resurgent Receivables, LLC, Amount claimed: $1191.45 (Sanchez, Korinny)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41353902)<br>Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 9**<br>*Original Filed Date*: 11/14/2022<br>*Original Entered Date*: 11/14/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Korinny Sanchez<br>*Modified:* |

Amount claimed: $39.91  **General Unsecured - OK**
Secured claimed: $0.00

*History:*
Details  9-1  11/14/2022 Claim #9 filed by Ashley Funding Services, LLC, Amount claimed: $39.91 (Sanchez, Korinny)

*Description:*
*Remarks:*

**EXHIBIT C**

| | | |
|---|---|---|
| *Creditor:* (41372456)<br>Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 10**<br>*Original Filed Date*: 12/08/2022<br>*Original Entered Date*: 12/08/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Adrianne Branca<br>*Modified:* |
| Amount claimed: $1609.25 | **General Unsecured - OK** | |

*History:*
Details    10-1    12/08/2022 Claim #10 filed by Quantum3 Group LLC as agent for, Amount claimed: $1609.25 (Branca, Adrianne)
*Description:* (10-1) Money Loaned
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41375446)<br>U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | **Claim No: 11**<br>*Original Filed Date*: 12/13/2022<br>*Original Entered Date*: 12/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shelah A Feldman<br>*Modified:* |
| Amount claimed: $5416.79 | **General Unsecured - OK** | |

*History:*
Details    11-1    12/13/2022 Claim #11 filed by U.S. Bank National Association, Amount claimed: $5416.79 (Feldman, Shelah)
*Description:* (11-1) Credit Card 0933
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41375446)<br>U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | **Claim No: 12**<br>*Original Filed Date*: 12/13/2022<br>*Original Entered Date*: 12/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shelah A Feldman<br>*Modified:* |
| Amount claimed: $512.54 | **General Unsecured - OK** | |

*History:*
Details    12-1    12/13/2022 Claim #12 filed by U.S. Bank National Association, Amount claimed: $512.54 (Feldman, Shelah)
*Description:* (12-1) Credit Card 9398
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41378062)<br>Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | **Claim No: 13**<br>*Original Filed Date*: 12/16/2022<br>*Original Entered Date*: 12/16/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shannon Johnson<br>*Modified:* |
| Amount claimed: $2297.14 | **General Unsecured - OK** | |

*History:*
Details    13-1    12/16/2022 Claim #13 filed by Jefferson Capital Systems LLC, Amount claimed: $2297.14 (Johnson, Shannon)
*Description:* (13-1) CREDIT CARD
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (41378062)<br>Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | **Claim No: 14**<br>*Original Filed Date*: 12/16/2022<br>*Original Entered Date*: 12/16/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shannon Johnson<br>*Modified:* |
| Amount claimed: $5213.01 | **General Unsecured - OK** | |

*History:*
Details    14-1    12/16/2022 Claim #14 filed by Jefferson Capital Systems LLC, Amount claimed: $5213.01 (Johnson, Shannon)
*Description:* (14-1) CREDIT CARD
*Remarks:*


*History:*
Details    15-1    12/16/2022 Claim #15 filed by Jefferson Capital Systems LLC, Amount claimed: $3296.23 (Johnson, Shannon)
*Description:* (15-1) CREDIT CARD
*Remarks:*

**EXHIBIT C**

| | | |
|---|---|---|
| *Creditor:*  (41378062)<br>Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | **Claim No: 15**<br>*Original Filed Date*: 12/16/2022<br>*Original Entered Date*: 12/16/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Shannon Johnson<br>*Modified:* |
| Amount claimed: $3296.23 | **General Unsecured - OK** | |

*History:*

Details  15-1  12/16/2022 Claim #15 filed by Jefferson Capital Systems LLC, Amount claimed: $3296.23 (Johnson, Shannon)

*Description:* (15-1) CREDIT CARD

*Remarks:*

## Claims Register Summary

**Case Name:** Carl Parker
**Case Number:** 6:22-bk-12723-SY
**Chapter:** 7
**Date Filed:** 07/20/2022
**Total Number Of Claims:** 15

| Total Amount Claimed* | $54529.00 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

The values are reflective of the data entered. Always refer to claim documents for actual amounts.

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2023 15:36:08 | | | |
| **PACER Login:** | amctrustee | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:22-bk-12723-SY Filed or Entered From: 1/1/2022 Filed or Entered To: 2/22/2023 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt Court Order |

**EXHIBIT C**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-12723-SY
Case Name: Carl Parker
Trustee Name: Arturo M. Cisneros

**Balance on hand:** $ 8,814.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,814.62

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. CISNEROS, TRUSTEE | 1,637.50 | 0.00 | 1,637.50 |
| Trustee, Expenses - A. CISNEROS, TRUSTEE | 77.30 | 0.00 | 77.30 |

Total to be paid for chapter 7 administration expenses: $ 1,714.80
Remaining balance: $ 7,099.82

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | **NONE** | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 7,099.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,099.82

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,529.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.020 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,233.41 | 0.00 | 941.81 |
| 2 | American Express National Bank | 3,959.99 | 0.00 | 515.60 |
| 3 | American Express National Bank | 890.69 | 0.00 | 115.97 |
| 4 | Citibank, N.A. | 1,290.61 | 0.00 | 168.04 |
| 5 | FRANCHISE TAX BOARD | 7,900.90 | 0.00 | 1,028.72 |
| 6 | Capital One Bank (USA), N.A. | 2,590.39 | 0.00 | 337.28 |
| 7 | LendingClub Bank, NA | 11,086.69 | 0.00 | 1,443.51 |
| 8 | Resurgent Receivables, LLC | 1,191.45 | 0.00 | 155.13 |
| 9 | Ashley Funding Services, LLC | 39.91 | 0.00 | 5.20 |
| 10 | Quantum3 Group LLC | 1,609.25 | 0.00 | 209.53 |
| 11 | U.S. Bank, National Association | 5,416.79 | 0.00 | 705.28 |
| 12 | U.S. Bank, N.A. | 512.54 | 0.00 | 66.73 |
| 13 | Jefferson Capital Systems LLC | 2,297.14 | 0.00 | 299.09 |
| 14 | Jefferson Capital Systems LLC | 5,213.01 | 0.00 | 678.75 |
| 15 | Jefferson Capital Systems LLC | 3,296.23 | 0.00 | 429.18 |

Total to be paid for timely general unsecured claims:    $    7,099.82
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

Total to be paid for tardy general unsecured claims:    $    0.00

**UST Form 101-7-TFR (05/1/2011)**

|                             | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**