United States Bankruptcy Court

Central District of California

In re:  
Carl Parker  
      Debtor

Case No. 22-12723-SY  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6                        User: admin                      Page 1 of 3  
Date Rcvd: Apr 10, 2023               Form ID: pdf001               Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carl Parker, 1509 Pineglen Circle, Hemet, CA 92545-8079 |
| 41238984 | + | ADS/Comenity/BigLot, PO Box 182120, Columbus, OH 43218-2120 |
| 41238985 | + | American Capital Enterprises, 41870 Kalmia Street, Suite 120, Murrieta, CA 92562-8840 |
| 41238987 | + | Anthem Blue Cross and Blue Shield, PO Box 105187, Atlanta, GA 30348-5187 |
| 41238988 | + | Bethalynn Parker, 1509 Pineglen Circle, Hemet, CA 92545-8079 |
| 41238998 | + | Hemet Self Sufficiency, 541 N San Jacinto Street, Hemet, CA 92543-3107 |
| 41300270 | + | LendingClub Bank, NA, PO BOX 1931, Burlingame, CA 94011-1931 |
| 41239005 | + | Secretary to Executive Committee, Western Riverside Council of Govern, 3390 Univesity Avenue, Suite #450, Riverside, CA 92501-3315 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Apr 11 2023 00:01:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41238986 | + | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 00:18:20 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 41294308 | | Email/PDF: bncnotices@becket-lee.com | Apr 11 2023 00:04:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41353902 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 00:04:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41238991 | | Email/Text: EBN_Brea@meduitrcm.com | Apr 11 2023 00:00:00 | CMRE Financial Services, 3075 East Imperial Highway, Suite 200, Brea, CA 92821 |
| 41297601 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 00:04:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41238989 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 00:04:32 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41238990 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2023 00:03:58 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 41294425 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 00:04:42 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41238993 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2023 00:04:35 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 41238992 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2023 00:04:34 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 41238995 | + | Email/Text: mrdiscen@discover.com | | |

Case 6:22-bk-12723-SY   Doc 26   Filed 04/12/23   Entered 04/12/23 21:23:46   Desc
Imaged Certificate of Notice   Page 2 of 8

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: pdf001 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 11 2023 00:00:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 41288008 | | Email/Text: mrdiscen@discover.com | Apr 11 2023 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41296986 | | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 11 2023 00:01:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 41238996 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 11 2023 00:00:00 | Fortiva MC/TBOM, 5 Concourse Parkway, Suite 400, Atlanta, GA 30328-9114 |
| 41238997 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Apr 11 2023 00:01:00 | Franchise Tax Board, Bankruptcy Section, MS A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 41378062 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2023 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 41238999 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 11 2023 00:01:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 41239001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 00:04:08 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 41239000 | + | Email/Text: Documentfiling@lciinc.com | Apr 11 2023 00:00:00 | Lending Club Corp., 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 41239002 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Apr 11 2023 00:01:00 | Medicredit, Inc., 111 Corp Office Drive, Ste. 200, Earth City, MO 63045-1506 |
| 41239003 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 11 2023 00:04:19 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 41239004 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 11 2023 00:00:00 | Nationstar Mortgage, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 41372456 | | Email/Text: bnc-quantum@quantum3group.com | Apr 11 2023 00:01:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 41320672 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 11 2023 00:04:06 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 41239006 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 00:04:33 | SYNCB/ Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 41239007 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 00:04:04 | SYNCB/PPC, PO Box 530975, Orlando, FL 32896-0001 |
| 41239008 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 11 2023 00:04:33 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 41239009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 11 2023 00:04:14 | The Home Depot/Citibank, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 41375446 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 11 2023 00:01:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 41239010 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 11 2023 00:01:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 41239011 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 11 2023 00:01:00 | WebBank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41294334 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41238994 | ##+ | Designed Receivable Solutions, 1 Centerpointe Drive #450 Inc., La Palma, CA 90623-1089 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arturo Cisneros (TR) | amctrustee@mclaw.org  acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com |
| Benjamin Heston | on behalf of Debtor Carl Parker bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:       Carl Parker                                         §   Case No. 6:22-bk-12723-SY
                                                                 §
                                                                 §
Debtor(s)                                                        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Arturo M. Cisneros, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> 3420 Twelfth Street
> Riverside, CA  92501-3819

A hearing on the Trustee's Final Report and Applications for Compensation will be held on May 11, 2023 at 9:30 a.m. in Courtroom 302, United States Bankruptcy Court, located at 3420 Twelfth Street, Riverside, California 92501. Any person wishing to object to any fee application that has not already been approved, or to the Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without further reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  04/10/2023              By:   /s/ Mayra Johnson
                                                  Trustee Administrator

Arturo M. Cisneros
3403 Tenth Street, Suite 714
Riverside, CA  92501
(951) 682-9705
arturo@mclaw.org

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re:    Carl Parker    § Case No. 6:22-bk-12723-SY
§
§
Debtor(s)    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATION FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,875.00 |
| *and approved disbursements of* | $ 60.38 |
| *leaving a balance on hand of* [1] | $ 8,814.62 |
| **Balance on hand:** | $ 8,814.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,814.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - A. CISNEROS, TRUSTEE | 1,637.50 | 0.00 | 1,637.50 |
| Trustee, Expenses - A. CISNEROS, TRUSTEE | 77.30 | 0.00 | 77.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,714.80 |
| Remaining balance: | $ 7,099.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| NONE |
|---|

|  |  |
|---|---|
| Total to be paid for prior chapter administration expenses: | $ 0.00 |
| Remaining balance: | $ 7,099.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | NONE | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 7,099.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $54,529.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.020 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,233.41 | 0.00 | 941.81 |
| 2 | American Express National Bank | 3,959.99 | 0.00 | 515.60 |
| 3 | American Express National Bank | 890.69 | 0.00 | 115.97 |
| 4 | Citibank, N.A. | 1,290.61 | 0.00 | 168.04 |
| 5 | FRANCHISE TAX BOARD | 7,900.90 | 0.00 | 1,028.72 |
| 6 | Capital One Bank (USA), N.A. | 2,590.39 | 0.00 | 337.28 |
| 7 | LendingClub Bank, NA | 11,086.69 | 0.00 | 1,443.51 |
| 8 | Resurgent Receivables, LLC | 1,191.45 | 0.00 | 155.13 |
| 9 | Ashley Funding Services, LLC | 39.91 | 0.00 | 5.20 |
| 10 | Quantum3 Group LLC | 1,609.25 | 0.00 | 209.53 |
| 11 | U.S. Bank, National Association | 5,416.79 | 0.00 | 705.28 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | U.S. Bank, N.A. | 512.54 | 0.00 | 66.73 |
| 13 | Jefferson Capital Systems LLC | 2,297.14 | 0.00 | 299.09 |
| 14 | Jefferson Capital Systems LLC | 5,213.01 | 0.00 | 678.75 |
| 15 | Jefferson Capital Systems LLC | 3,296.23 | 0.00 | 429.18 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 7,099.82 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ Arturo M. Cisneros
Trustee

Arturo M. Cisneros  
3403 Tenth Street  
Suite 714  
Riverside, CA  92501  
(951) 682-9705  
arturo@mclaw.org

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**