**ORIGINAL**

# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

---

**Thursday, May 11, 2023**　　　　　　　　　　　　　　　　　　　　　　**Hearing Room 302**

---

<u>9:30 AM</u>
**6:22-12723　Carl Parker**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chapter 7**

#1.00　Trustee's Final Report and Applications for Compensation for Arturo Cisneros, Fees: $1,637.50 and Expenses: $77.30

　　　　　　　　　　Docket　　24

**Matter Notes:**

　　**GRANTED:** ✓　　　　　　　　　**DENIED:** _____

　　**CONT'D. TO:** _____

　　　　**Briefing filed:** _____

　　　　**Opposition filed:** _____

　　　　**Reply filed:** _____

　　**WITHDRAWN:** _____

　　**Order Lodged by:** _Ch. Trustee_

**Tentative Ruling:**

Fees and expenses are approved as requested.

|  | Total Requested | Interim Payment | Proposed Payment |
|---|---|---|---|
| Trustee Fees | $1,637.50 | $0 | $1,637.50 |
| Trustee Expenses | $77.30 | $0 | $77.30 |

APPEARANCES WAIVED. No opposition has been filed. If written or oral opposition is presented at the hearing, the hearing may be continued. Movant to lodge an order within 7 days.

---

**Party Information**

---