**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:   Carl Parker | § Case No. 6:22-bk-12723-SY |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Arturo M. Cisneros, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $590,180.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $7,099.82 | Claims Discharged Without Payment:  $70,361.18 |
| Total Expenses of Administration:  $1,775.18 | |

    3) Total gross receipts of $8,875.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,875.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 332,304.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,775.18 | 1,775.18 | 1,775.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 75,712.00 | 54,529.00 | 54,529.00 | 7,099.82 |
| **TOTAL DISBURSEMENTS** | **$408,016.00** | **$56,304.18** | **$56,304.18** | **$8,875.00** |

4) This case was originally filed under Chapter 7 on 07/20/2022. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/11/2023      By: /s/ Arturo M. Cisneros
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 Toyota Tacoma Double Cab | 1129-000 | 8,875.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,875.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Nationstar Mortgage LLC | 4210-000 | 285,076.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Security to Executive Committee | 4210-000 | 16,421.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Security to Executive Committee | 4210-000 | 30,807.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$332,304.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. CISNEROS, TRUSTEE | 2100-000 | N/A | 1,637.50 | 1,637.50 | 1,637.50 |
| A. CISNEROS, TRUSTEE | 2200-000 | N/A | 77.30 | 77.30 | 77.30 |
| International Sureties, Ltd | 2300-000 | N/A | 6.08 | 6.08 | 6.08 |
| Signature Bank | 2600-000 | N/A | 54.30 | 54.30 | 54.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$1,775.18** | **$1,775.18** | **$1,775.18** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | N/A | | |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,082.00 | 7,233.41 | 7,233.41 | 941.81 |
| 2 | American Express National Bank | 7100-000 | 3,720.00 | 3,959.99 | 3,959.99 | 515.60 |
| 3 | American Express National Bank | 7100-000 | 774.00 | 890.69 | 890.69 | 115.97 |
| 4 | Citibank, N.A. | 7100-000 | 1,224.00 | 1,290.61 | 1,290.61 | 168.04 |
| 5 | FRANCHISE TAX BOARD | 7100-000 | 10,000.00 | 7,900.90 | 7,900.90 | 1,028.72 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 2,485.00 | 2,590.39 | 2,590.39 | 337.28 |
| 7 | LendingClub Bank, NA | 7100-000 | 10,766.00 | 11,086.69 | 11,086.69 | 1,443.51 |
| 8 | Resurgent Receivables, LLC | 7100-000 | 1,070.00 | 1,191.45 | 1,191.45 | 155.13 |
| 9 | Ashley Funding Services, LLC | 7100-000 | N/A | 39.91 | 39.91 | 5.20 |
| 10 | Quantum3 Group LLC | 7100-000 | 1,282.00 | 1,609.25 | 1,609.25 | 209.53 |
| 11 | U.S. Bank, National Association | 7100-000 | 6,121.00 | 5,416.79 | 5,416.79 | 705.28 |
| 12 | U.S. Bank, N.A. | 7100-000 | 493.00 | 512.54 | 512.54 | 66.73 |
| 12 | U.S. Bank, N.A. | 7100-000 | 493.00 | 0.00 | 0.00 | 0.00 |
| 13 | Jefferson Capital Systems LLC | 7100-000 | 2,121.00 | 2,297.14 | 2,297.14 | 299.09 |
| 14 | Jefferson Capital Systems LLC | 7100-000 | 4,959.00 | 5,213.01 | 5,213.01 | 678.75 |
| 15 | Jefferson Capital Systems LLC | 7100-000 | 190.00 | 3,296.23 | 3,296.23 | 429.18 |
| NOTFILED | American Capital Enterprises | 7100-000 | 636.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | American Capital Enterprises | 7100-000 | 158.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Anthem Blue Cross and Blue Shield | 7100-000 | 896.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Capital One/Walmart | 7100-000 | 2,550.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CMRE Financial Services | 7100-000 | 2,817.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 921.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Designed Receivable Solutions | 7100-000 | 1,437.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fortiva MC/TBOM | 7100-000 | 1,267.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Hemet Self Sufficiency | 7100-000 | 4,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Lvnv Funding Llc | 7100-000 | 1,356.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Medicredit Inc. | 7100-000 | 357.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Medicredit Inc. | 7100-000 | 90.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Merrick Bank Corp | 7100-000 | 1,437.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SYNCB/PPC | 7100-000 | 3,154.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | WebBank/Fingerhut | 7100-000 | 1,356.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$75,712.00** | **$54,529.00** | **$54,529.00** | **$7,099.82** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Page: 1

**Case Number:** 22-12723 SY
**Case Name:** Carl Parker

**Period Ending:** 08/11/23

**Trustee:** Arturo M. Cisneros
**Filed (f) or Converted (c):** 07/20/22 (f)
**§341(a) Meeting Date:** 08/23/22
**Claims Bar Date:** 12/16/22

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1509 Pineglen Circle, Hemet, CA 92545<br>Riverside county<br>Trustee reviewed comparables and obtained an average value of $505,000.<br>Trustee agreed to abandon property via a vehicle equity buy back with Debtor.<br>On 9/12/22, the Trustee filed the "Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property." The Order approving same was entered on 10/6/22. | 546,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2015 Toyota Tacoma Double Cab<br>164,000 miles<br>Value from CarMax<br>Trustee obtained a KBB private party value of $15,065 for a vehicle in fair condition. Trustee requested evidence of value from Debtor and Debtor obtained a new appraisal from CarMax of $12,500.<br>Trustee determined there was equity in the vehicle and commenced negotiations with the Debtor. Debtor agreed to pay $8,875.<br>On 9/12/22, the Trustee filed the "Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property." The Order approving same was entered on 10/6/22. Debtor tendered the settlement payment in full. | 11,800.00 | 8,875.00 | | 8,875.00 | FA |
| 3 | Household Goods<br>Debtor claimed fully exempt. | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics<br>Debtor claimed fully exempt. | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Exercise equipment<br>Debtor claimed fully exempt. | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Firearms<br>Debtor claimed fully exempt. | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Debtor claimed fully exempt. | 350.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry<br>Debtor claimed fully exempt. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Two dogs | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 2

| Case Number: | 22-12723 SY | Trustee: | Arturo M. Cisneros |
| Case Name: | Carl Parker | Filed (f) or Converted (c): | 07/20/22 (f) |
| | | §341(a) Meeting Date: | 08/23/22 |
| Period Ending: | 08/11/23 | Claims Bar Date: | 12/16/22 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | Cash on hand<br>Debtor claimed fully exempt. | 2,200.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Accounts: US Bank<br>Debtor claimed fully exempt. | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Savings Accounts Coca-Cola Family Credit Union<br>Debtor claimed fully exempt. | 5.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) Fidelity<br>Debtor claimed fully exempt. | 700.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$564,355.00** | **$8,875.00** | | **$8,875.00** | **$0.00** |

**Major activities affecting case closing:**
Trustee's Final Report submitted to the Office of the U.S. Trustee's on February 27, 2023.
*************************
12/31/22 QUARTERLY STATUS: The Order granting the motion/settlement was entered on 10/6/22. Debtor tendered the settlement payment in full. Trustee filed his report of sale/settlement on 11/22/22. Estate tax returns are not required. The governmental bar date is set for 1/16/23. Trustee to proceed with closing after the passing of same.
*************************
9/30/22 QUARTERLY STATUS: Trustee determined that there was equity for the benefit of the Estate in the 2015 Toyota Tacoma and sought to negotiate same with Debtor. Debtor agreed to pay the Estate $8,875. On 9/12/22, the Trustee's Motion (1) to Approve Compromise of Controversy; and (2) For Abandonment of Real Property was filed. The meeting of creditors was concluded on 9/8/22. Trustee filed a notice of assets which set a claims bar date of 12/16/22.

**Initial Projected Date of Final Report (TFR):**                **Current Projected Date of Final Report (TFR):** April 10, 2023 (Actual)

_____August 11, 2023_____                                         /s/ Arturo M. Cisneros
Date                                                              Arturo M. Cisneros

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| **Case Number:** | 22-12723 SY | **Trustee:** | Arturo M. Cisneros |
| --- | --- | --- | --- |
| **Case Name:** | Carl Parker | **Bank Name:** | Flagstar Bank, N.A. |
| | | **Account:** | ******9191 - Checking |
| **Taxpayer ID#:** | **-***1853 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/11/23 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/04/22 | Asset #2 | Carl Parker | Settlement payment-court order pending | 1129-000 | 8,875.00 | | 8,875.00 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 11.17 | 8,863.83 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.40 | 8,849.43 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.38 | 8,835.05 |
| 01/09/23 | 1001 | International Sureties, Ltd | Annual Bond Premium//Bond#016229732//Term 1-4-23 to 1-4-24 | 2300-000 | | 6.08 | 8,828.97 |
| 01/31/23 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 14.35 | 8,814.62 |
| 05/11/23 | 1002 | A. CISNEROS, TRUSTEE | Dividend of 100.000% , Trustee compensation | 2100-000 | | 1,637.50 | 7,177.12 |
| 05/11/23 | 1003 | A. CISNEROS, TRUSTEE | Dividend of 100.000% , Trustee expenses | 2200-000 | | 77.30 | 7,099.82 |
| 05/11/23 | 1004 | Discover Bank | Dividend of 13.020%, Claim # 1, 9083 | 7100-000 | | 941.81 | 6,158.01 |
| 05/11/23 | 1005 | American Express National Bank | Dividend of 13.020%, Claim # 2, 2007 | 7100-000 | | 515.60 | 5,642.41 |
| 05/11/23 | 1006 | American Express National Bank | Dividend of 13.020%, Claim # 3, 2005 | 7100-000 | | 115.97 | 5,526.44 |
| 05/11/23 | 1007 | Citibank, N.A. | Dividend of 13.020%, Claim # 4, 1769/The Home Depot | 7100-000 | | 168.04 | 5,358.40 |
| 05/11/23 | 1008 | FRANCHISE TAX BOARD | Dividend of 13.020%, Claim # 5, 4742 | 7100-000 | | 1,028.72 | 4,329.68 |
| 05/11/23 | 1009 | Capital One Bank (USA), N.A. | Dividend of 13.020%, Claim # 6, 5222 | 7100-000 | | 337.28 | 3,992.40 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 2

| Case Number: | 22-12723 SY | | Trustee: | Arturo M. Cisneros |
| Case Name: | Carl Parker | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9191 - Checking |
| Taxpayer ID#: | **-***1853 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/11/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/11/23 | 1010 | LendingClub Bank, NA | Dividend of 13.020%, Claim # 7, 7802 | 7100-000 | | 1,443.51 | 2,548.89 |
| 05/11/23 | 1011 | Resurgent Receivables, LLC | Dividend of 13.020%, Claim # 8, 3031/Credit One Bank | 7100-000 | | 155.13 | 2,393.76 |
| 05/11/23 | 1012 | Ashley Funding Services, LLC | Dividend of 13.020%, Claim # 9, 3920 Lab Corp | 7100-000 | | 5.20 | 2,388.56 |
| 05/11/23 | 1013 | Quantum3 Group LLC | Dividend of 13.020%, Claim # 10, Big Lots 3011 | 7100-000 | | 209.53 | 2,179.03 |
| 05/11/23 | 1014 | U.S. Bank, National Association | Dividend of 13.020%, Claim # 11, 0933 | 7100-000 | | 705.28 | 1,473.75 |
| 05/11/23 | 1015 | U.S. Bank, N.A. | Dividend of 13.020%, Claim # 12, 9398 | 7100-000 | | 66.73 | 1,407.02 |
| 05/11/23 | 1016 | Jefferson Capital Systems LLC | Dividend of 13.020%, Claim # 13, Amazon Store Card 0318 | 7100-000 | | 299.09 | 1,107.93 |
| 05/11/23 | 1017 | Jefferson Capital Systems LLC | Dividend of 13.020%, Claim # 14, Paypal MC 0410 | 7100-000 | | 678.75 | 429.18 |
| 05/11/23 | 1018 | Jefferson Capital Systems LLC | Dividend of 13.020%, Claim # 15, Paypal credit 5408 | 7100-000 | | 429.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 8,875.00 | 8,875.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 8,875.00 | 8,875.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,875.00** | **$8,875.00** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| Net Receipts: | $8,875.00 | **TOTAL - ALL ACCOUNTS** | | | |
| Net Estate: | $8,875.00 | **Checking # ******9191** | 8,875.00 | 8,875.00 | 0.00 |
| | | | **$8,875.00** | **$8,875.00** | **$0.00** |